## 25357. GUTHAS *v.* THE STATE.

MACINTYRE, J. 1. Where there were two counts in the indictment, and "during the trial of the said case the State, through statement of its counsel made in open court, withdrew the second count of said indictment," and a verdict was rendered by the judge, without the intervention of a jury, as follows: "I find the defendant guilty, this June 27th, 1935," this general verdict will be construed as meaning guilty

on the first count only, the second count having been withdrawn. Hence, it is immaterial whether or not the evidence authorized a verdict on the second count. There is no merit in the special ground of the motion for a new trial. *Hall* v. *State*, 43 *Ga. App.* 224 (158 S. E. 357); *Vinson* v. *State*, 45 *Ga. App.* 220 (3) (164 S. E. 209); *Davis* v. *State*, 47 *Ga. App.* 706 (171 S. E. 401).

2. The evidence authorized the verdict, and for no reason assigned should the judgment be reversed.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 8, 1936. REHEARING DENIED MAY 26, 1936.

*J. O. Ewing, Durwood T. Pye,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

